IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOHN I. KING,

    Plaintiff,

vs.                                                                                      No. CIV 05-0575 JB/WDS
                                                                                       No. CIV 05-0997 JB/WDS

KENNETH L. SALAZAR, SECRETARY,
UNITED STATES DEPARTMENT OF
THE INTERIOR,

    Defendant.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on a jury trial held March 23-27 and 30, 2009, in which the jury found in favor of the Defendant. The Court, pursuant to rule 58 of the Federal Rules of Civil Procedure, finds that Final Judgment should and will be entered for the Defendant, and against Plaintiff John I. King, on all claims. This Final Judgment adjudicates all existing claims and liabilities of the parties.

**IT IS HEREBY ORDERED** that Final Judgment is entered in favor of the Defendant, and against Plaintiff John I. King, on all claims. All claims are dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE

*Counsel*:

Jeffrey A. Dahl
Keleher & McLeod, P.A.
Albuquerque, New Mexico

    *Attorney for the Plaintiff*

Gregory J. Fouratt
  United States Attorney
Michael H. Hoses
John W. Zavitz
  Assistant United States Attorneys
Dori Ellen Richards
  Special Assistant United States Attorney
Albuquerque, New Mexico

    *Attorneys for the Defendant*